# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0909
Lower Tribunal No. F96-21553
_____

**La Venston Lamont Horne,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

La Venston Lamont Horne, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Finding no preliminary basis for reversal, we summarily affirm the order on appeal.  <u>See</u> Fla. R. App. P. 9.315(a).

Affirmed.